FILED

2025 Jul-28  PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## ALABAMA SJIS CASE DETAIL



PREPARED FOR: CARYN WINGATE
7/28/2025 2:05:20 PM

County: **01**      Case Number: **CV-2025-902515.00**      Court Action:

Style: **DANA GILLIAM V. LVNV FUNDING LLC ET AL**

**Real Time**

### Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 6/23/2025 | 11:53 AM | FILE | FILED THIS DATE: 06/23/2025          (AV01) | AJA |
| 6/23/2025 | 11:53 AM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 6/23/2025 | 11:53 AM | ASSJ | ASSIGNED TO JUDGE: JAVAN PATTON CRAYTON    (AV01) | AJA |
| 6/23/2025 | 11:53 AM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 6/23/2025 | 11:53 AM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 6/23/2025 | 11:53 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 6/23/2025 | 11:53 AM | EXPD | EXPEDITED STATUS DENIED          (AV01) | AJA |
| 6/23/2025 | 11:53 AM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 6/23/2025 | 11:53 AM | C001 | C001 PARTY ADDED: GILLIAM DANA          (AV02) | AJA |
| 6/23/2025 | 11:53 AM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/23/2025 | 11:53 AM | C001 | LISTED AS ATTORNEY FOR C001: LOCKHART PATRICIA SU | AJA |
| 6/23/2025 | 11:53 AM | C001 | LISTED AS ATTORNEY FOR C001: HERRING MYLES STANLE | AJA |
| 6/23/2025 | 11:53 AM | C001 | LISTED AS ATTORNEY FOR C001: WATTS JOHN GRIFFIN | AJA |
| 6/23/2025 | 11:53 AM | C001 | LISTED AS ATTORNEY FOR C001: SEARS WALTER JAMES I | AJA |
| 6/23/2025 | 11:53 AM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 6/23/2025 | 11:53 AM | D001 | D001 PARTY ADDED: LVNV FUNDING LLC          (AV02) | AJA |
| 6/23/2025 | 11:53 AM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/23/2025 | 11:53 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 6/23/2025 | 11:53 AM | D001 | CERTIFIED MAI ISSUED: 06/23/2025 TO D001    (AV02) | AJA |
| 6/23/2025 | 11:54 AM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 6/23/2025 | 11:54 AM | D002 | D002 PARTY ADDED: RESURGENT CAPITAL SERVICES L.P. | AJA |
| 6/23/2025 | 11:54 AM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/23/2025 | 11:54 AM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 6/23/2025 | 11:54 AM | D002 | CERTIFIED MAI ISSUED: 06/23/2025 TO D002    (AV02) | AJA |
| 6/23/2025 | 11:54 AM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 6/23/2025 | 11:54 AM | ECOMP | COMPLAINT E-FILED. | LOC023 |
| 6/25/2025 | 9:14 AM | ESCAN | SCAN - FILED 6/25/2025 - NOTICE | KAD |
| 7/10/2025 | 8:23 AM | D001 | SERVICE OF CERTIFIED MAI ON 06/27/2025 FOR D001 | KAD |
| 7/10/2025 | 8:23 AM | D002 | SERVICE OF CERTIFIED MAI ON 06/27/2025 FOR D002 | KAD |
| 7/10/2025 | 8:23 AM | ESERC | SERVICE RETURN | KAD |
| 7/10/2025 | 8:24 AM | ESERC | SERVICE RETURN | KAD |

**END OF THE REPORT**

ELECTRONICALLY FILED
6/23/2025 11:53 AM
01-CV-2025-902515.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01<br><br>Date of Filing:          Judge Code:<br>06/23/2025 |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### DANA GILLIAM v. LVNV FUNDING LLC ET AL

**First Plaintiff:** ☐ Business  ☑ Individual    **First Defendant:** ☑ Business  ☐ Individual
                   ☐ Government ☐ Other                              ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice–Medical
☐ TOLM - Malpractice–Legal
☐ TOOM - Malpractice–Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☑ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
         Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
         Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ QTLB - Quiet Title Land Bank
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING          A ☐ APPEAL FROM          O ☐ OTHER
                                              DISTRICT COURT

           R ☐ REMANDED                T ☐ TRANSFERRED FROM
                                              OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO    **Note:** Checking "Yes" does not constitute a demand for a
                                                      jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**      ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
    LOC023                    6/23/2025 11:53:48 AM          /s/ PATRICIA SUZANNE LOCKHART
    _____                 _____          _____
                                      Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**         ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES ☑ NO

DOCUMENT 2

ELECTRONICALLY FILED
6/23/2025 11:53 AM
01-CV-2025-902515.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| DANA GILLIAM, an individual, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: |
| LVNV FUNDING LLC; ) RESURGENT CAPITAL ) SERVICES L.P.; ) Fictitious Defendants "A", "B" and ) "C" thereby intending to refer to ) the legal entity, person, firm or ) corporation which was responsible ) for or conducted the wrongful acts ) alleged in the Complaint; Names of ) the Fictitious parties are unknown ) to the Plaintiff at this time but will ) be added by amendment when ) ascertained ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## **COMPLAINT**

**COMES NOW** the Plaintiff, by and through counsel, in the above styled cause, and for Plaintiff's Complaint against the Defendants[1] states as follows:

1.  This action arises out of Defendants repeated violations of the Fair Debt Collection Practices Act[2], 15 U.S.C. § 1692 et seq. ("FDCPA") by the

---

[1] "Defendants" means all defendants, including fictitiously named defendants.
[2] Any reference to the FDCPA or any part thereof encompasses all relevant parts and subparts of each statute.

Defendants and their agents in their illegal efforts to collect a consumer debt from Plaintiff.

## PARTIES

2.    Plaintiff **DANA GILLIAM** (**hereinafter "Plaintiff"**) is a natural person who is a resident of Alabama.

3.    Defendant **LVNV FUNDING LLC (hereinafter "LVNV")**, is a debt collection firm that engages in the business of debt collection.  Its principal business purpose is the collection of defaulted debts, and it uses various instruments of interstate commerce to accomplish debt collection including sending letters, calling on the phone, credit reporting, filing of lawsuits, etc.

4.    Defendant **RESURGENT CAPITAL SERVICES L.P. (hereinafter "RESURGENT")**, is a debt collection firm that engages in the business of debt collection.  Its principal business purpose is the collection of defaulted debts, and it uses various instruments of interstate commerce to accomplish debt collection including sending letters, calling on the phone, credit reporting, filing of lawsuits, etc.

5.    At all times **LVNV** acted in the line and scope of its agency relationship with **RESURGENT** and in all actions taken in regard to Plaintiff.

6.    At all times **RESURGENT** acted in the line and scope of its agency relationship with **LVNV** in all actions taken in regard to Plaintiff.

7.     **Fictitious Defendants "A", "B" and "C"** thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the Complaint; names of the Fictitious parties are unknown to the Plaintiff at this time but will be added by amendment when ascertained.

8.     Any reference to any **Defendant** refers to all **Defendants** and **Fictitious Defendants**.

## JURISDICTION

9.     Personal jurisdiction exists over **Defendants** as **Defendants** has the necessary minimum contacts with the State of Alabama and this suit arises out of **Defendants'** specific conduct with **Plaintiff** in Alabama.  All the actions described in this suit occurred in Alabama.

## VENUE

10.    Venue is proper as **Defendants** do business in this judicial district.

## FACTUAL ALLEGATIONS

11.    Congress found it necessary to pass the FDCPA due to rampant abusive practices by dishonorable debt collectors.  15 USC § 1692 is entitled "Congressional findings and declaration of purpose" and it states as follows:

   (a)    There is **abundant evidence** of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. **Abusive debt collection practices contribute** to the number of

personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy**.

(b)   Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

(c)   **Means other than** misrepresentation or other **abusive debt collection practices are available for the effective collection of debts**.

(d)   Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

(e)   It is the **purpose** of this title to **eliminate abusive debt collection practices** by debt collectors, to **insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged**, and to promote consistent State action to protect consumers against debt collection abuses.

[Emphasis added].

12.   **Plaintiff** allegedly incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

13.   **Defendants** are considered "debt collectors" and began engaging in debt collection activities against **Plaintiff**.

14.   The primary and principal business of **Defendants** is to collect alleged defaulted debts.

15.   At the time that **Defendants** received the alleged debt of **Plaintiffs**, the alleged debt was in default.

16.   **Defendants** claimed **Plaintiff** owed **Defendants** money.

17.    **Defendants** began collection activities against **Plaintiff.**

18.    **Plaintiff** sent an email to **Defendants,** which was received on **April 1, 2025**.

19.    **Plaintiff** clearly instructed **Defendants** that **Plaintiff** refused to pay which means (other than 3 exceptions not applicable), **Defendants** had no right to continue to communicate with **Plaintiff,** but **Defendants** continued to do so in violation of the FDCPA.

20.    **Plaintiff** communicated the refusal to pay to **Defendants** by email on or about **April 1, 2025**.

21.    **Defendants** communicated with **Plaintiff** by email, collecting the debt on or about **April 3, 2025, April 5, 2025, April 7, 2025, April 9, 2025, April 11, 2025, April 13, 2025, April 15, 2025, April 17, 2025, April 19, 2025,** and **April 23, 2025**.

22.    **Defendants** had no legal right to continue to communicate with **Plaintiff** after the refuse to pay by **Plaintiff** to **Defendants** but **Defendants** continued to collect the debt by communicating with the **Plaintiff**.

23.    All of the above-described actions by **Defendants** and collection agents of **Defendants** were made in violation of the FDCPA as alleged below in the Count.

24.    The conduct of the **Defendants** has proximately caused **Plaintiff** damages.

## <u>CAUSES OF ACTION</u>

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

25.    The acts and omissions of **Defendants** and their agents constitute numerous and multiple violations of the FDCPA (and Regulation F) with respect to **Plaintiff**, including, but not limited to, violations of 1692c, 1692c(c), 1692d, 1692e, 1692f and 1692f(1) along with Regulation F related to these sections and communication between debt collectors (such as **Defendants**) and **Plaintiff**.

26.    As a result of **Defendants**' violations of the FDCPA, **Plaintiff** is entitled to damages and reasonable attorney's fees and costs from **Defendants**.

## **PRAYER FOR RELIEF**

**WHEREFORE**, **PREMISES CONSIDERED, Plaintiff** prays that judgment be entered against **Defendants** for all damages allowable, costs, expenses, attorney fees, injunctive relief to prevent further violations, and for such other and further relief as may be just and proper.

Respectfully Submitted,

**/s/ Patricia S. Lockhart**
Patricia S. Lockhart (LOC023)
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(256) 276-2527
patricia@wattsherring.com
**Attorney for Plaintiff**

**/s/ John G. Watts**
**John G. Watts (WAT056)**
**M. Stan Herring (HER037)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

**PLAINTIFF DEMANDS A TRIAL BY JURY**

**Serve defendants via certified mail at the following address:**

**LVNV FUNDING LLC**
**c/o CORPORATION SERVICE COMPANY INC**
**641 SOUTH LAWRENCE STREET**
**MONTGOMERY, AL 36104**

**RESURGENT CAPITAL SERVICES L.P.**
**c/o CORPORATION SERVICE COMPANY INC**
**641 SOUTH LAWRENCE STREET**
**MONTGOMERY, AL 36104**



AlaFile E-Notice

01-CV-2025-902515.00

To:   PATRICIA SUZANNE LOCKHART
      patricialockhartlaw@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following complaint was FILED on 6/23/2025 11:53:53 AM

Notice Date:    6/23/2025 11:53:53 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-902515.00

To:  LVNV FUNDING LLC
     C/O CORP SERVICE CO INC
     641 SOUTH LAWRENCE STREET
     MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following complaint was FILED on 6/23/2025 11:53:53 AM

Notice Date:    6/23/2025 11:53:53 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-902515.00

To:  RESURGENT CAPITAL SERVICES L.P.
     C/O CORP SERVICE CO INC
     641 SOUTH LAWRENCE STREET
     MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following complaint was FILED on 6/23/2025 11:53:53 AM

Notice Date:    6/23/2025 11:53:53 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-902515.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**DANA GILLIAM V. LVNV FUNDING LLC ET AL**

**NOTICE TO:** LVNV FUNDING LLC, C/O CORP SERVICE CO INC 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), PATRICIA SUZANNE LOCKHART

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 5723 Annanadale Lane, BIRMINGHAM, AL 35210

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of   DANA GILLIAM
pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 06/23/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ PATRICIA SUZANNE LOCKHART

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*       *(Name of County)*                              *(Date)*

Document left:

☐   with above-named Defendant;

☐   with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐   at the above-named Defendant's dwelling house or place or usual place of abode with some
person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*       *(Name of County)*                              *(Date)*

☐   the above-named Defendant;

☐   an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am
at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or
marriage to the party seeking service of process.

| | | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-902515.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### DANA GILLIAM V. LVNV FUNDING LLC ET AL

**NOTICE TO:** RESURGENT CAPITAL SERVICES L.P., C/O CORP SERVICE CO INC 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), PATRICIA SUZANNE LOCKHART

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 5723 Annanadale Lane, BIRMINGHAM, AL 35210

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

DANA GILLIAM

*(Name(s))*

| 06/23/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ PATRICIA SUZANNE LOCKHART

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |

| _____ | _____ | |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |

| _____ | _____ | |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
DANA GILLIAM V. LVNV FUNDING LLC ET AL

01-CV-2025-902515.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $36.20

Parties to be served by Certified Mail - Return Receipt Requested

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

LVNV FUNDING LLC                                    Postage: $18.10
C/O CORP SERVICE CO INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

RESURGENT CAPITAL SERVICES L.P.                     Postage: $18.10
C/O CORP SERVICE CO INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LVNV FUNDING LLC
C/O CORP SERVICE CO INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

9590 9402 9326 5002 8952 85

2. Article Number (Transfer from service label)

9589 0710 5270 2071 7223 52

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

CV-25-90 2515

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

9589 0710 5270 2071 7223 52

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, January 2023 PSN 7530-02-000-9047          See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RESURGENT CAPITAL SERVICES L.P.
C/O CORP SERVICE CO INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

9590 9402 9326 5002 8952 92

2. Article Number *(Transfer from service label)*

9589 0710 5270 2071 7223 69

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

D 2

CV-25- 902515

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

*Kelly Webster*

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

6-27-25

1. Article Addressed to:

LVNV FUNDING LLC

C/O CORP SERVICE CO INC

641 SOUTH LAWRENCE STREET

MONTGOMERY, AL 36104

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CV-25- 90 2515



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9326 5002 8952 85

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

9589 0710 5270 2071 7223 52

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

## USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9326 5002 8952 85

**United States
Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK

ROOM 430 JEFF CO COURTHOUSE

716 RICHARD ARRINGTON JR BLVD. NO.

BIRMINGHAM, ALABAMA 35203



**AlaFile E-Notice**

01-CV-2025-902515.00

Judge: JAVAN PATTON CRAYTON

To:  LOCKHART PATRICIA SUZANNE
patricialockhartlaw@gmail.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following matter was served on 6/27/2025

**D001 LVNV FUNDING LLC**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2025-902515.00

Judge: JAVAN PATTON CRAYTON

To:  HERRING MYLES STANLEY JR.
stan@wattsherring.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following matter was served on 6/27/2025

**D001 LVNV FUNDING LLC**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2025-902515.00

Judge: JAVAN PATTON CRAYTON

To:  WATTS JOHN GRIFFIN
     john@wattsherring.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following matter was served on 6/27/2025

**D001 LVNV FUNDING LLC**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2025-902515.00

Judge: JAVAN PATTON CRAYTON

To:  SEARS WALTER JAMES IV
     james@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following matter was served on 6/27/2025

**D001 LVNV FUNDING LLC**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RESURGENT CAPITAL SERVICES L.P.

C/O CORP SERVICE CO INC

641 SOUTH LAWRENCE STREET

MONTGOMERY, AL 36104



9590 9402 9326 5002 8952 92

2. Article Number (Transfer from service label)

9589 0710 5270 2071 7223 69

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

*Kelly Webster*

☑ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

6-27-25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

D2

CV-25- 902515

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #



9590 9402 9326 5002 8952 92

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUL 09 2025

JACQUELINE ANDERSON SMITH
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 430 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO
BIRMINGHAM, ALABAMA 35203





AlaFile E-Notice

01-CV-2025-902515.00

Judge: JAVAN PATTON CRAYTON

To: LOCKHART PATRICIA SUZANNE
patricialockhartlaw@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following matter was served on 6/27/2025

**D002 RESURGENT CAPITAL SERVICES L.P.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2025-902515.00

Judge: JAVAN PATTON CRAYTON

To: HERRING MYLES STANLEY JR.
stan@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following matter was served on 6/27/2025

**D002 RESURGENT CAPITAL SERVICES L.P.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-902515.00

Judge: JAVAN PATTON CRAYTON

To: WATTS JOHN GRIFFIN
john@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following matter was served on 6/27/2025

**D002 RESURGENT CAPITAL SERVICES L.P.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-902515.00

Judge: JAVAN PATTON CRAYTON

To:  SEARS WALTER JAMES IV
     james@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DANA GILLIAM V. LVNV FUNDING LLC ET AL
01-CV-2025-902515.00

The following matter was served on 6/27/2025

**D002 RESURGENT CAPITAL SERVICES L.P.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov